Cymeyon V. Hill ID: #V53300
California State Prison - Sacramento
P.O. Box 290066
Represa, CA 95671


22-cv-05442-YGR