IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CYMEYON HILL,**<br><br>Plaintiff,<br><br>v.<br><br>**TROTH, et al.,**<br><br>Defendants. | Case No. 2:22-cv-01817 TLN DMC P<br><br>**ORDER** |

Presently before the Court is Defendant Suziki's request to reset the responsive pleading deadline, if appropriate, after the Court rules on Defendant's pending motion to dismiss Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(A). Upon due consideration, and good cause appearing, it is hereby ordered as follows:

    1.    Defendant's motion, ECF No. 29, is GRANTED.

    2.    The Court will reset the responsive pleading deadline, if appropriate, after ruling on Defendant's motion to dismiss.

Dated:  August 30, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE